Case 1:10-cv-02309-WDQ   Document 10   Filed 11/16/10   Page 1 of 1

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2010 NOV 17  A 11:47

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| JAMES T. BUECHLER, | * |
| *Plaintiff,* | * |
| v. | *   Civil Action No.: 1:10-cv-2309 |
| NARESH KUMAR, *doing business as* MEL'S LIQUORS, | * |
| *Defendant.* | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff dismisses all his claims against Defendant with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: November 16, 2010                     Respectfully Submitted,

"APPROVED"
11/17/10
Date

/s/ William D. Quarles, Jr.
William D. Quarles, Jr.
United States District Judge

_____/s/ E. David Hoskins_____
E. David Hoskins, Bar No. 06705
LAW OFFICES OF E. DAVID HOSKINS, LLC
Quadrangle Building at Cross Keys
2 Hamill Road, Ste. 362
Baltimore, Maryland 21210
(410) 662-6500 (Tel.)
(410) 662-7800 (Fax)
dhoskins@hoskinslaw.com

1